1  Julie H. Fosbinder #19400
   Julie@charlotteemploymentlaw.com
2  Fosbinder Law Office
   501 E. Morehead Street, Suite 1
3  Charlotte, NC 28202
   T:(704) 333-1428
4  F:(704) 333-1431

5  Attorney for Plaintiff Stephanie Short

6  Elizabeth Rosenfeld (CA Bar No. 106577)
   email:   rosenfeld@wkpyc.com
7  **WOHLNER KAPLON PHILLIPS YOUNG & CUTLER**
8  16501 Ventura Boulevard, Suite 304
   Encino, CA  91436
9  Telephone:  (818) 501-8030 ext. 313
   Facsimile:  (818) 501-5306

10
   Matthew S. Harris *(Admitted Pro Hac Vice)*
11 email:   Mharris@teamster.org
   International Brotherhood of Teamsters Legal Department
12 25 Louisiana Ave. N.W.
   Washington, D.C. 20001
13 Telephone:   (202) 508-6427
   Facsimile:  (202) 624-6884
14
   Attorneys for Defendant
15 International Brotherhood of Teamsters

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| STEPHANIE SHORT, | **CASE NO. CV12-10993 GAF (FFMx)** |
| Plaintiff, | **The Hon. Gary A. Feess** |
| vs. | **ORDER DISMISSING CASE WITH PREJUDICE** |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS and the INTERNATIONAL BROTHERHOOD OF TEAMSTERS NATIONAL PENSION FUND, | |
| Defendants. | |

1 |     The parties having stipulated pursuant to Federal Rule of Civil Procedure
2 | 41(a)(1)(A)(ii), and good cause appearing,
3 |     IT IS HEREBY ORDERED that and all claims in the above-captioned action
4 | are dismissed, in their entirety, with prejudice.
5 |     IT IS FURTHER ORDERED that each party shall bear her/its own costs and
6 | attorneys' fees.

DATED: May 9, 2014

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

JS-6

- 1 -
ORDER DISMISSING CASE WITH PREJUDICE